AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

RETURN

BRYAN B. WHITE and
TARA L. WHITE

*Plaintiff(s)*

v.

ARCPE 1, LLC, ARC SELECT SERVICES, LLC, PLANET HOME LENDING, LLC, JOHN OLSEN and DAVID GORDON

*Defendant(s)*

Civil Action No. 25-1706 J(4)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID GORDON
1900 SUNSET HARBOUR DRIVE
ANNEX-2ND FLOOR
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc R. Michaud
Michaud Consumer Law, LLC
1100 Poydras Street, Suite 2900
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Aug 20 2025

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-1706 J(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Gordon
was received by me on *(date)* 8/20/25 .

☒ I personally served the summons on the individual at *(place)* 1900 Sunset Harbour Dr., Annex-2nd Fl, Miami Beach, FL on *(date)* 8/29/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/2/25

*Server's signature*

Marc R. Michaud, Attorney
*Printed name and title*

1100 Poydras St., Ste. 2900
New Orleans, LA 70163
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Feedback

Remove ✕

**Tracking Number:**

# 70191120000182974592

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:55 pm on August 29, 2025 in MIAMI BEACH, FL 33139.

---

## Get More Out of USPS Tracking: