UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRYAN B. WHITE                                    CIVIL ACTION
AND TARA L. WHITE


VERSUS                                            NO. 25-1706


ARCPE 1, LLC ET AL.                              SECTION: "J"(4)

## ORDER

Considering the foregoing *Motion to Dismiss Without Prejudice* **(Rec. Doc. 9)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Defendant

David Gordon is **DISMISSED WITHOUT PREJUDICE** from the above-captioned

matter. Plaintiffs' claims against remaining codefendants are expressly reserved.

New Orleans, Louisiana, this 5th day of September, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE