**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**TRANSFER ORDER**

IT IS ORDERED that the following Section “J” cases are hereby reallotted to Judge Anna St. John, Section “N” of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 23-5355 | Viking Investments, L.L.C. et al. v. Bankers Insurance Company |
| 23-5959 | Jefferson Fiberglass Co. v. Certain Underwriters at Lloyds London |
| 25-772 | Fernandez et al. v. American Sugar Refining, Inc. et al. |
| 25-1706 | White et al. v. ARCPE1, LLC et al. |
| 25-1789 | Jennifer Lynn Carver v. U.S. Department of Housing and Urban Development |
| 25-2520 | In re Port Louis Owners Association, Inc. |
| 26-663 | In re Tommy Ngo |

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section “N” directing otherwise.

New Orleans, Louisiana this 15th day of April, 2026.

Wendy B. Vitter

**WENDY B. VITTER, Chief Judge**
**United States District Court**