**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRYAN B. WHITE and TARA L. WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ARCPE 1, LLC, ARC SELECT SERVICES, LLC, and JOHN OLSEN,<br><br>Defendants. | CIVIL ACTION<br>Case No. 25-CV-1706<br>Section: N<br><br>Hon. Anna St. John<br>Magistrate Karen Wells Roby |

# THE PARTIES' JOINT NOTICE REGARDING SETTLEMENT

Plaintiffs, Bryan B. White and Tara L. White ("Plaintiffs") and Defendants ARCPE 1, LLC, ARC Select Services, LLC, and John Olsen ("Defendants") (collectively, "Parties"), hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform its duties as required under the settlement agreement. It is estimated the Parties will file a joint notice of dismissal with prejudice within thirty days (30) from the date this Notice is filed.

Dated: September 28, 2026

Respectfully submitted,

**HILL WALLACK LLP**
*Attorneys for Defendants ARCPE 1, LLC, ARC Select Services, LLC, and John Olsen*

By: /s/ Patrick J. Kane
Patrick J. Kane
*Admitted Pro Hac Vice*
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Tel. (858) 381-7860
Email: pkane@hillwallack.com

Dated: September 28, 2026

MICHAUD CONSUMER LAW, LLC

/s/ Marc R. Michaud
Marc R. Michaud, LA Bar No. 28962
1100 Poydras St., Ste. 2900
New Orleans, LA 70163
Telephone: (504) 910-6775
Facsimile: (504) 910-6953
Email: marc@michaudconsumerlaw.com

**Certificate of Service**

I hereby certify that the above and foregoing was electronically filed this 28th day of September 2026, by using the CM/ECF system, which will send notice of electronic filing to the parties.

*/s/ Patrick J. Kane*
Patrick J. Kane