**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRYAN B. WHITE AND TARA L. WHITE** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-1706** |
| **ARCPE 1, LLC, ET AL.** | **SECTION: "N"** |

**ORDER**

Considering the Joint Motion to Dismiss Case,[1]

**IT IS HEREBY ORDERED** that all claims raised in the above captioned matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 2nd day of October 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 51.